■ JOHN FINKELDIE et al., Appellants, v ROBERT W. BLANCHETTE et al., as Trustees in Bankruptcy, in and on Behalf of PENN CENTRAL TRANSPORTATION Co., et al., Respondents.—Judgment, Supreme Court, New York County,

entered on July 2, 1975, unanimously affirmed for the reasons stated by Gellinoff, J., at Trial Term, without costs and without disbursements. No opinion. Concur—Stevens, P. J., Kupferman, Lupiano, Capozzoli and Nunez, JJ.